**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN MARTINEZ, JR., | NO. ED CV 17-2334-RGK(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| DEPUTY SR. JENKINS, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 23, 2018.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE